

**United States District Court**
**For the Northern District of Illinois**
**Eastern Division**

RECEIVED
NOV 0 5 2007
NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Civil Case

Stanislaw Jagla,              )
                              )
              Plaintiff,      )   **07CV6228**
                              )   **JUDGE GOTTSCHALL**
       v.                     )   **MAGISTRATE JUDGE COX**
                              )
Milton I. Shadur              )
                              )
              Defendant       )

**Plaintiff requests trial by impartial jury**

## *Civil Action Complaint*

1) This is a civil action complaint against the Senior US judge Milton I. Shadur for violation of the US Constitution in his official capacity. The Plaintiff, Mr. Stanislaw Jagla, alleges upon personal knowledge and information as follows:

### Jurisdiction and venue

2) **Jurisdiction.** This court has the jurisdiction over this action under the law. Federal questions involved.

    a) US Constitution Amendment VII

    b) US Constitution Amendment XIV Section 1

    c) US Constitution Due Process of Law

3) **Venue.** Venue is proper. The Plaintiff resides in the part of Illinois covered by this district and division. The alleged events took place in the part of Illinois covered by this district and division.

## Parties

*Plaintiff*

4) The Plaintiff is Mr. Stanislaw Jagla filed just and proper lawsuit against Harris Bank and the parent company BMO Financial Group, which was repeatedly wrongfully dismissed by judge Shadur.

*Defendants*

5) The Defendant is Senior District Judge Milton I. Shadur, who deliberately violated law in order to aid corporate defendant and rigged Jagla's case in favor of the corporate defendant.

## Causes of action

6) The Plaintiff alleges causes of action against the Defendant as follows:

### Count I

7) **Misconduct in official capacity as a judge.** The Plaintiff alleges that Defendant refused to observe Jagla's rights as litigant and damaged Jagla.

8) Judge Shadur intentionally started defending the corporate defendant and refused to give Jagla a fair chance to object or present legal precedents or additional evidence.

### Count II

9) **US Constitution Amendment VII.** Judge Shadur took Jagla's right to trial by jury away and instead replaced it with the trial by a hostile judge and damaged Jagla.

10) Judge Shadur came up with defenses on behalf of Harris Bank without even consulting with the Defendant in that case.

11) Judge Shadur repeatedly wrongfully dismissed Jagla's lawsuit, which was overturned by the Court of Appeals.

### Count III

12) **US Constitution Amendment XIV Section 1.** Judge Shadur treated Jagla differently than litigants represented by an attorney and damaged Jagla.

13) Judge Shadur refused give Jagla right to effective notice (Jagla was not notified about the hearing regarding motion to dismiss) and Jagla received notice after the hearing took place.

### Count IV

14) **US Constitution - Due Process of law.** Judge Shadur refused to give Jagla his right to discovery, oppose motion to dismiss and damaged him.

15) Judge Shadur was constantly hostile to Jagla and refused Jagla opportunity guaranteed by the law to present additional information and evidence.

16) Judge Shadur repeatedly dismissed Jagla's lawsuit under false pretenses.

17) Judge Shadur repeatedly violated precedent and changed the law and material facts affecting Jagla's lawsuit.

### Background information

18) Jagla filed just and proper lawsuit against Harris Bank, which was assigned to Judge Castillo, who excused himself for having financial conflict.

19) Judge Shadur was assigned by the executive committee, and from the beginning started illegally defending the corporate defendant by dismissing illegally and repeatedly Jagla's lawsuit.

20) Judge refused give Jagla a proper hearing to object to motion to dismiss and wrongfully dismissed Jagla's case without giving Jagla a right to attend the hearing.

21) Defendant was not required to provide effective notice to Jagla and effectively argue motion to dismiss without Jagla being properly notified.

22) Judge Shadur repeatedly circumvent Jagla's additional charges, which were not known at the time Jagla filed lawsuit; therefore, could not be included with this lawsuit even though they took place during the same period of time.

23) After appeal was returned judge Shadur refused give Jagla right to discovery and amend the complaint to add charges that were discovered after judge Shadur dismissed wrongfully Jagla's case.

24) Judge Shadur repeatedly refused to provide discovery to Jagla in the violation of the legal precedents, so the corporate defendant could conceal the damaging information and evidence in order to illegally cover up Harris Bank's wrongful conduct.

25) Judge Shadur repeatedly came up with defenses on behalf of corporate defendant that were never raised by the defendant.

26) Since when a judge has the right to change the law or material facts affecting a lawsuit? It is called a victimless crime, the victim cannot afford attorney.

### Damages

27) Scandalous conduct exhibited by the Senior Judge Shadur undermines credibility of the entire judiciary and spreads injustice by covering up fraud committed in court.

28) Conduct exhibited by Judge Shadur gives a bad reputation to the legal profession and the entire court system.

4

29) Jagla suffered emotional and monetary damages because Judge Shadur's illegal conduct.

30) Jagla's charges should have been resolved justly by impartial jury without a need for additional lawsuits or any other appeals.

31) Judge Shadur's illegal conduct damaged Jagla.

### **Prayer for relief**

The Plaintiff prays for the relief as follows:

32) The Plaintiff requests compensatory damages for:

    a) all financial losses

    b) and for humiliation, embarrassment, anguish, inconvenience, emotional distress and loss of enjoyment of life.

33) The Plaintiff also requests compensation for all the costs including but not limited to for any expert witnesses, reasonable attorney's fees, any and all other costs associated with this action.

34) In addition, the Plaintiff requests punitive damages for illegal conduct pursued by the Defendants. The Defendants committed alleged acts willfully and/or with malice and/or with reckless indifference. Therefore, the Plaintiff is thus entitled to recover compensatory and punitive damages.

35) The Plaintiff requests trial by jury as guaranteed by the US Constitution and as affirmed by the Fed.R.Civ.P. 38.

36) The Plaintiff requests trial by **IMPARTIAL JURY** as guaranteed by the US Constitution; therefore, the Plaintiff requests to remove any and all jury consultants, during jury selection process and the trial that the defense counsel is routinely using to bias jury to favor the Defendants, which eliminates a possibility of an impartial jury and a fair trial.

37) Any other and further legal relief as this court deems necessary, just and proper.

I declare that the allegations are true and correct to the best of my knowledge.

Respectfully,

*[signature]*
Stanislaw Jagla, Plaintiff

Stanislaw Jagla, Plaintiff
PO Box 72198
Roselle, IL 60172
Tel (773)791-0951
E-mail stanjagla@yahoo.com

Shadur-complaint

6