

**FILED**
NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: STANISLAW JAGLA
(Please print)

STREET ADDRESS: PO Box 72198

CITY/STATE/ZIP: Roselle, IL 60172

PHONE NUMBER: 773-791-0951

CASE NUMBER: 07CV6228
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX

_____ 10-17-07
Signature                Date