United States District Court
For the Northern District of Illinois
Eastern Division

KC FILED
NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Civil Case

Stanislaw Jagla,                    )
                                    )
                Plaintiff           )    07CV6228
         v.                         )    JUDGE GOTTSCHALL
Milton I. Shadur,                   )    MAGISTRATE JUDGE COX
                                    )
                Defendants          )

# Motion to proceed in Forma Pauperis

## Addendum

The Plaintiff, Stanislaw Jagla, requests to be allowed to proceed IN FORMA PAUPERIS. In support of his motion, the Plaintiff states as follows:

Due to lack of the necessary economic resources, the Plaintiff, Stanislaw Jagla, has to represent himself. The Plaintiff is in a very difficult economic situation (low wages); therefore, he cannot afford to pay the filing fee. In addition to income taxes, Jagla has to pay 25% in child support payments, the ISAC garnished Plaintiff's wages 15% for the defaulted student loans. The Plaintiff has to support two 8 years old children.

The judges proudly claim that poor (people on welfare or no income) and rich (people who can easily afford to pay their lawyers) have equal right to justice. How about workers who are neither rich nor poor, do workers have a right to justice also?

1

2

The issues for this litigation are deliberate and repeat misconduct by the defendant. The Defendant calls it a victimless crime ... because the victim cannot afford an attorney.

For all the above reasons the Plaintiff is entitled to proceed in Forma Pauperis to eliminate manifestation of injustice.

Respectfully,

_____
Stanislaw Jagla, Plaintiff

Stanislaw Jagla, Plaintiff
PO Box 72198
Roselle, IL 60172
Tel. (773) 791-0951
E-mail stanjagla@yahoo.com

Shadur-pauperis