RECEIVED

NOV 0 5 2007
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

United States District Court
For the Northern District of Illinois
Eastern Division

Case No. 07 cv 1436

In the matter of

Stanislaw Jagla

07CV6228
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX

### *Motion seeking leave to File Pursuant to Order by the Executive Committee.*

Pursuant to Order by the Executive Committee Jagla, requests a leave of court to file complaint against the Senior Judge Shadur for his illegal conduct in official capacity and damages caused to Jagla. In the support of his motion Jagla states as follows:

The claims raised by Jagla in the complaint are new claims never before raised in any federal court against the defendant. Pursuant to FRCP 11 Jagla has right to file lawsuit to change existing law or establish new law.

In addition, all the information provided in the complaint is truthful.

For all the above reasons Jagla is entitled to leave of court to file new complaint.

I, Stanislaw Jagla, personally certify that claims raised in the complaint are new claims never before raised in any federal court. I declare under the penalty of perjury that the information is true and correct to the best of my knowledge.

Respectfully submitted,

Stanislaw Jagla,

Stanislaw Jagla
PO Box 72198
Roselle, IL 60172
Tel. (773) 791-0951
e-mail stanjagla@yahoo.com

Shadur-secret

1