RECEIVED

NOV 0 5 2007
NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

**United States District Court**
**For the Northern District of Illinois**
**Eastern Division**

                        Civil Case

Stanislaw Jagla,            )
                            )
          Plaintiff,        )
                            )       07CV6228
     v.                     )       JUDGE GOTTSCHALL
                            )       MAGISTRATE JUDGE COX
Milton I. Shadur            )
                            )
          Defendant         )

### *Memorandum pursuant to FRCP 11*

Pursuant to FRCP 11 Jagla has a right to file lawsuit to change existing law or establish a new law. In the support of his memorandum Jagla states as follows:

Jagla filed this lawsuit in order to prevent judges from enjoying absolute immunity, because some of the judges take it as a right to lie, cheat and freely violate US Constitution in favor of corporate defendants who caused injuries to ordinary citizens.

Some judges believe that they are gods and as long they do not take bribes they can freely lie about the law and/or material facts affecting many litigations.

For all the above reasons Jagla is entitled to due process of law and proceed with this case to limit the use of absolute immunity by allowing to sue judges for official misconduct and obstruction of justice for damages they caused under rear or limited circumstances.

Respectfully,

_____
Stanislaw Jagla, Plaintiff

1

2

Stanislaw Jagla, Plaintiff
PO Box 72198
Roselle, IL 60172
Tel (773)791-0951
E-mail stanjagla@yahoo.com

Shadur-Rule11