# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6228 | **DATE** | 11/7/2007 |
| **CASE TITLE** | Stanislaw Jagla vs. Milton I. Shadur | | |

**DOCKET ENTRY TEXT**

Enter Order. On the court's own motion, this case is dismissed. Civil case terminated.

■[ For further details see text below.]

Docketing to mail notices.
Mail AO 450

**STATEMENT**

On the court's own motion, this case is dismissed. By this complaint, plaintiff sues Judge Shadur "in his official capacity." The complaint alleges various acts by Judge Shadur in the course of his official duties, specifically, in the manner in which he handled a case in which plaintiff was involved. The law is clear that a judge cannot be sued for judicial conduct. *See, e.g., Dawson v. Newman,* 419 F.3d 656, 660 (7th Cir. 2005) ("The dismissal of the claims against Judge Newman was . . . entirely appropriate. The doctrine of judicial immunity has been embraced 'for centuries.'")