# United States District Court

## Northern District of Illinois

### Eastern Division

Stanislaw Jagla                    **JUDGMENT IN A CIVIL CASE**

      v.                                  Case Number: 07 C 6228

Milton I Shadur

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that on the court's own motion, this case is dismissed. Civil case terminated.

                                            Michael W. Dobbins, Clerk of Court

Date: 11/7/2007                                   _____

                                            /s/ Rhonda Johnson, Deputy Clerk